Rachel Blackburn, as Administratrix, etc., of Joseph B. Blackburn, Deceased,

Respondent, v. International Acheson Graphite Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.